

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
OFFICE OF THE CLERK

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2019 DEC 31  A 9:30
CLERK'S OFFICE
AT GREENBELT
BY ___

Reply to Southern Division Address

Felicia C. Cannon, Clerk of Court
Elizabeth B. Snowden, Chief Deputy
Catherine Stavlas, Chief Deputy

December 30, 2019

### RECEIPT FOR RETURN OF PASSPORT

Re:   UNITED STATES OF AMERICA vs. "Bolarinwa Andrew Adeyale"
      Case No. 8:10-cr-00596-DKC-2

I hereby acknowledge receipt from the Clerk of one Passport ending with 6892 issued by the United States of America which is being returned pursuant to the Courts Order.

December 30, 2019
Date

_____
Signature of Defendant or Counsel

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201 • 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Website at www.mdd.uscourts.gov